UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANGEL MARIA CAGUANA GUASCO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 26-11620-LTS |
| | ) | |
| PATRICIA HYDE et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

April 21, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated April 10, 2026 (Doc. No. 8), the Petition

for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.


SO ORDERED.


 /s/ Leo T. Sorokin
United States District Judge